**James Frederick STEVENSON, Petitioner–Appellant,**

v.

**James B. FRENCH, Warden, North Carolina Department of Corrections, Respondent–Appellee.**

**No. 01–6431.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

James Frederick Stevenson, pro se.  R. Kendrick Cleveland, North Carolina Department of Justice, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James Frederick Stevenson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Stevenson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  *Stevenson v. French*, No. CA–95–119–2–MU (W.D.N.C. filed Mar. 7, 2001; entered Mar. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process. *DISMISSED.*